UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
January 25, 2011

No. **10-1151 & 10-3440**

SOURCECORP INCORPORATED

v.

JAMES KENNETH CRONEY, JR.; KIMBERLEY D. CRONEY,
Appellants

(E.D. Pa. No. 2-08-cv-05958)

Present: AMBRO, FISHER and GREENBERG Circuit Judges.

Unopposed Motion by Appellants, for Amendment of Opinion.

Respectfully,
Maria L. Reyes, Case Manager

_____ORDER_____

The Motion is hereby GRANTED.

IT IS NOW ORDERED that the not precedential opinion filed on January 19, 2011 be amended as follows:

1. On page three, first full paragraph, lines four and eight, insert "prior" before "counsel."

2. On page nine, three lines from the bottom of the page, insert "prior" before "attorney's."

By the Court,

/s/ Thomas L. Ambro, Circuit Judge

Dated: January 25, 2011

mlr/cc:  Howard J. Bashman, Esq.
        Mary Kay Brown, Esq.
        Christopher B. Trowbridge, Esq.
        Karl S. Myers, Esq.